IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOROTHY MARES, individually,
and as parent and next friend of
Brianna Montero, a minor, and
CEARA MONTERO,

       Plaintiffs,

vs.

                                    CIVIL NO. 11-754 JEC/LFG

TAUNE SHORTT,

       Defendant.

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS MATTER comes before the Court upon a letter from Defendant Taune Shortt's attorney, S. Charles Archuleta, dated January 3, 2012, informing the Court that Shortt filed a petition for Chapter 7 bankruptcy with the United States Bankruptcy Court for the Eastern District of California on November 9, 2011.  *See* Docs. 18, exhibit thereto.  Pursuant to 11 U.S.C. § 362, the filing of a bankruptcy petition results in an automatic stay of litigation.  Consequently, the Court will administratively close this case.  The Clerk of Court is instructed to submit a completed Form JS-6 to the Administrative Office of the United States Courts.

Nothing contained in this order shall be considered a dismissal or disposition of this matter.  Should further proceedings become necessary or desirable at the conclusion of the bankruptcy proceedings or upon a lifting of the automatic stay, counsel shall notify the Court and the case will be returned to the Court's active docket.

Dated February 23, 2012.

_____
SENIOR UNITED STATES DISTRICT JUDGE