IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOROTHY MARES, Individually and
as Parent and Next Friend, of BRIANNA MONTERO,
a minor, and CEARA MONTERO,

    Plaintiff,

v.                            No. 1:11-CV-00754 JC/LFG

TAUNE SHORTT and AMERICAN
AUTOMOBILE ASSOCIATION,

    Defendants.

**STIPULATED ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE**

    THIS MATTER, having come before the Court on the stipulation of the parties that good cause exists for the Court to dismiss Plaintiff's claims against Defendant Taune Shortt as all claims and controversies between the parties have been resolved, and the Court having determined that the stipulation is reasonable.

    IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendants Taune Shortt are hereby dismissed with prejudice with the parties to each bear their own costs and attorneys fees.

                                              _____
                                              HONORABLE M. CHRISTINA ARMIJO
                                              U.S. DISTRICT COURT JUDGE

Submitted and Approved:

LAW OFFICES OF FELICIA C. WEINGARTNER, P.C.

<u>/s/ Felicia C. Weingartner 2/28/13</u>
Felicia C. Weingartner
P.O. Box 7627
Albuquerque, NM 87194
Attorney for Plaintiff

Approved:

<u>Electronic Approval 4/11/13 by</u>
S. Charles Archuleta, Esq.
Cheryl D. Hill, Esq.
Keleher & McLeod
P.O. Box AA
Albuquerque, NM 87103
Attorneys for Defendant Shortt